UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY RODRIGUEZ

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The New York City Police Department,
James Garcia, Anderson Ortiz, Miguel
Sanchez

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**17 CV 3516**

RECEIVED
SDNY DOCKET UNIT
2017 MAY 10 PM 2:02

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name ANDY RODRIGUEZ
             ID # 564 124 345
             Current Institution _____
             Address 1723 St. Peters Ave #1R BRONX N.Y. 10461

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name The City of New York    Shield # _____
                   Where Currently Employed Police Department
                   Address _____

*Rev. 05/2010*                                                    1

Defendant No. 2   Name  James Garcia   Shield # 17532
Where Currently Employed  44 pct
Address

Defendant No. 3   Name  Anderson Ortiz   Shield # 26151
Where Currently Employed  33 pct  SGT
Address

Defendant No. 4   Name  Miguel Sanchez   Shield #
Where Currently Employed  SGT  44 pct
Address

Defendant No. 5   Name   Shield #
Where Currently Employed
Address

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
AT the corner of 169 st & Walton & also in the 44 pct

B.  Where in the institution did the events giving rise to your claim(s) occur?
At the North west corner of 169th Walton & also in the 44 pct in a cell holding area.

C.  What date and approximate time did the events giving rise to your claim(s) occur?
5/9/14 approximately 9:55 pm & in the 44 pct from 5/9/14 to 5/10/14 in the a.m.

D. Facts:

**What happened to you?**
On 5/9/14 approximately at 9:55pm 2 officers arrested me Officers Ortiz & Garcia they accused me of tossing a firearm which I never did & they falsely arrested me.

**Who did what?**
Officers Ortiz & Garcia took me to the 44 Pct where they put me in a cell & started to assault me with their SGT. His name was Sanchez and they Denied me medical attention until I got to the court house.

**Was anyone else involved?**
They stopped a couple other guys but they got let go.

**Who else saw what happened?**
When they arrested me Cristian Bruno, Cesar Vazquez, Angel Rodriguez, Jhonael Matos

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I had a black eye, concussion to the back of my head and forehead. Also I had knee surgery & deep bullet wound.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____ No ____ Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____ No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

   1. Which claim(s) in this complaint did you grieve? _____

   _____

   2. What was the result, if any? _____

   _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

   _____

   _____

   _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   _____

   _____

   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: I file a Claim to the comtroller but they Denied me it because of the incident date but I was not over my 90 days from the Dismissal.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I got aquitted of all charges against me.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I end up doing more time on a case I had as a youth because of falsely being arrested the Judge said if I get arrested he will inhance my sentence. I've been real stress having a son & not being able to provide, My family and me fell apart a little because of the time I've done. I'm traumitize over all this I deserve better. I use to get car sick throwing up every time I use to go to court from upstate shaqueled. I'm asking for 10 million.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

*Rev. 05/2010*       5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
   _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
   _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 08 day of May, 2017

Signature of Plaintiff: *Andy Rodriguez*

Inmate Number:

Institution Address: 1723 St peters Ave #1R Bronx NY 10461

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 08 day of May, 2017, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Andy Rodriguez*

FABIOLA JEANNETTE GUERRERO
Notary Public, State of New York
No. 01GU6348875
Qualified in Bronx County
Commission Expires October 11, 2020

05/08/2017

*Rev. 05/2010*

7

SEAL   PRESS FIRMLY TO SEAL




U.S. POSTAGE PAID
BRONX, NY
10461
MAY 08 17
AMOUNT
$23.75
R2304M112379-18

1007   10007

# PRIORITY
## ★ MAIL ★
## EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**



**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**



EP13F July 2013   OD: 12.5 x 9.5



PS10001000006



EM 229272646 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Mailing Label**
Label 11-F, April 2004

**Post Office To Addressee**

| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| PO ZIP Code  10461 | Day of Delivery  ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage  $ 23.75 | |
| Date Accepted  5 8 17 | Scheduled Date of Delivery  Month / Day | Return Receipt Fee  $ | |
| Time Accepted  4:07 ☐ AM ☐ PM | Scheduled Time of Delivery  ☐ Noon ☐ 3 PM | COD Fee  $ | Insurance Fee  $ |
| Flat Rate ☐ or Weight  3 lbs ozs | Military  ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees  $ 23.75 | |
|  | Int'l Alpha Country Code | Acceptance Emp. Initials | |

| DELIVERY (POSTAL USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt  Mo. Day | Time  ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt  Mo. Day | Time  ☐ AM ☐ PM | Employee Signature | |
| Delivery Date  Mo. Day | Time  ☐ AM ☐ PM | Employee Signature | |

☐ WAIVER OF SIGNATURE *(Domestic Mail Only)* Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

**FROM:** (PLEASE PRINT)   PHONE ( 484 ) 664 0946

ANDY Rodriguez
1723 St Peters Ave #1R
Bronx NY 10461

**TO:** (PLEASE PRINT)   PHONE ( )

Pro se intake
U.S Court house
500 Pearl St.
New York, NY. 10007

**FOR PICKUP OR TRACKING:** Visit www.usps.com   or   Call 1-800-222-1811

2017 MAY 10 PM 3:22
SDNY DOCKET UNIT
RECEIVED

**+ Money Back Guarantee for U.S. destinations only. +**

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE





UNITED STATES POSTAL SERVICE®